UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LAMOUREAUX and
DOUGLAS ARNOLD,

            Plaintiffs,                      Case No.  2:07-cv-10949

                                            Judge:  Nancy G. Edmunds

vs.                                  Referral Judge:  Mona K. Majzoub

HOME DEPOT U.S.A., INC., a Delaware
Corporation, TRUE VALUE COMPANY,
a Delaware Corporation, d/b/a TRUSERV,
NEWELL RUBBERMAID, INC., a Delaware
Corporation, d/b/a BERNZOMATIC, and
WESTERN INDUSTRIES, INC., a foreign corporation,

            Defendants.

_____/

| | |
|---|---|
| LAWRENCE R. ROTHSTEIN (P19697) | RYAN S. BEWERSDORF (P66411) |
| MARIO J. AZZOPARDI (P46971) | FOLEY & LARDNER LLP |
| Attorneys for Plaintiffs | Attorneys for Western Industries |
| 19068 W. Ten Mile Road | 500 Woodward Ave., Suite 2700 |
| Southfield, MI  48075 | Detroit, MI 48226 |
| (248) 355-2048 | (313) 234-7100 |
| | fax (313) 234-2800 |
| | rbewersdorf@foley.com |

MATTHEW J. STANCZYK (P39559)
PLUNKETT COONEY
Attorney for Defendants Newell Rubbermaid,
Inc., Home Depot U.S.A., Inc., and True
Value Company d/b/a TrueServ
535 Griswold St., Suite 2400
Detroit, MI  48226
(313) 983-4823
mstanczyk@plunkettcooney.com

## NOTICE OF WITHDRAWAL OF MOTION TO
## ENFORCE SETTLEMENT AGREEMENT

       NOW COME DEFENDANTS, Newell Rubbermaid, Inc., Home Depot U.S.A., Inc., and

True Value Company, d/b/a TruServ, by and through their attorneys, Plunkett Cooney, and give notice

of withdrawal of their Motion to Enforce Settlement Agreement as the Plaintiffs have provided

executed Releases.

<div align="center" style="margin-left:40%">

Respectfully submitted,

PLUNKETT COONEY,


S/Matthew J. Stanczyk
Matthew J. Stanczyk (P39559)
Attorneys for Defendants Newell Rubbermaid,
Inc., Home Depot U.S.A., Inc., and True Value
Company d/b/a TrueServ
535 Griswold St., Suite 2400
Detroit, Michigan  48226
(313) 983-4823
mstanczyk@plunkettcooney.com

</div>

Dated:  January 7, 2008

## CERTIFICATE OF SERVICE

Matthew J. Stanczyk, attorney with the law firm of PLUNKETT COONEY, states that on

January 7, 2008, he caused a copy of this document to be served upon all parties of record, and that

such service was made electronically upon each counsel of record so registered with the United States

District Court and via U.S. Mail to any counsel not registered to receive electronic copies from the

court, by enclosing same in a sealed envelope with first class postage fully prepared, addressed to the

above, and depositing said envelope and its contents in a receptacle of the United States Mail.

<div style="margin-left:40%">

s/Matthew J. Stanczyk
Matthew J. Stanczyk (P39559)
Plunkett Cooney
535 Griswold Street, Suite 2400
Detroit, MI 48226
(313) 983-4823
mstanczyk@plunkettcooney.com

</div>

Detroit.11592.70489.1280704-1