UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LAMOUREAUX and
DOUGLAS ARNOLD,

        Plaintiffs,                            Case No.  2:07-cv-10949
                                                Judge:  Nancy G. Edmunds

vs.                                           Referral Judge:  Mona K. Majzoub

HOME DEPOT U.S.A., INC., a Delaware
Corporation, TRUE VALUE COMPANY,
a Delaware Corporation, d/b/a TRUSERV,
NEWELL RUBBERMAID, INC., a Delaware
Corporation, d/b/a BERNZOMATIC, and
WESTERN INDUSTRIES, INC., a foreign corporation,

        Defendants.

_____/

| | |
|---|---|
| LAWRENCE R. ROTHSTEIN (P19697) | RYAN S. BEWERSDORF (P66411) |
| MARIO J. AZZOPARDI (P46971) | FOLEY & LARDNER LLP |
| Attorneys for Plaintiffs | Attorneys for Western Industries |
| 19068 W. Ten Mile Road | 500 Woodward Ave., Suite 2700 |
| Southfield, MI  48075 | Detroit, MI 48226 |
| (248) 355-2048 | (313) 234-7100 |
| azzomar@yahoo.com | rbewersdorf@foley.com |
| MATTHEW J. STANCZYK (P39559) | |
| PLUNKETT COONEY | Of Counsel for Western Industries: |
| Attorney for Defendants Newell Rubbermaid, | Bartholomew F. Reuter |
| Inc., Home Depot U.S.A., Inc., and True | FOLEY & LARDNER, LLP |
| Value Company d/b/a TrueServ | 777 East Wisconsin Ave., Suite 3800 |
| 535 Griswold St., Suite 2400 | Milwaukee, WI 53202 |
| Detroit, MI  48226 | (414) 297-5826 |
| (313) 983-4823 | breuter@foley.com |
| mstanczyk@plunkettcooney.com | |

## **STIPULATED ORDER OF DISMISSAL**

At a session of said court, held in the
Theodore Levin U.S. Courthouse, State
of Michigan, on: 2/12/2008
Present:  Hon.  Nancy G. Edmunds
               U.S. District Court Judge

The court having reviewed the parties' Stipulation below, and being otherwise advised in the premises;

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the above captioned case is dismissed in its entirety, with prejudice, on its merits, and without an award of costs or attorneys' fees to any party.  This is a final order and closes the case.

IT IS SO ORDERED.

s/ Nancy G. Edmunds
U.S. District Court Judge

## STIPULATION

The parties, by their undersigned counsel, stipulate to the foregoing dismissal of the above captioned case, with prejudice, on its merits, and without an award of costs or attorneys' fees to any party.

S/w/consent/Mario J. Azzopardi
LAWRENCE R. ROTHSTEIN (P19697)
MARIO J. AZZOPARDI (P46971)
Attorneys for Plaintiffs
19068 W. Ten Mile Road
Southfield, MI  48075
(248) 355-2048
azzomar@yahoo.com

S/w/consent Ryan S. Bewersdorf
RYAN S. BEWERSDORF (P66411)
FOLEY & LARDNER LLP
Attorneys for Western Industries
500 Woodward Ave., Suite 2700
Detroit, MI 48226
(313) 234-7100
rbewersdorf@foley.com

S/Matthew J. Stanczyk
MATTHEW J. STANCZYK (P39559)
PLUNKETT COONEY
Attorney for Defendants Newell Rubbermaid,
Inc., Home Depot U.S.A., Inc., and True
Value Company d/b/a TrueServ
535 Griswold St., Suite 2400
Detroit, MI  48226
(313) 983-4823
mstanczyk@plunkettcooney.com
Detroit.11592.70489.1281534-1